Test Document 1