TEST Document3