Test Document 2