UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Document |
| | ) | |
| v. | ) | |
| | ) | |
| , | ) | |
| Defendant. | ) | |

                                                Respectfully submitted,

Dated: _____    _____
                                                Attorney for Defendant