Test Document 4