Test Document 3